JULY 24, 1978

ORTMAN v SECRETARY OF STATE. (Docket No. 61742.) Plaintiff's complaint for superintending control in the nature of mandamus is denied, because the Court is not persuaded that the questions sought to be presented should be considered by this Court. *Ortman & Ortman* for plaintiff-appellant. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Charles A. Hackney,* Assistant Attorney General, for defendants-appellees. Case below, Court of Appeals No. 77-2438, order of July 7, 1978.